# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1067

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeals from the United States |
| v. | * | District Court for the Northern |
| | * | District of Iowa. |
| Kelly Preston, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

No. 99-1068

_____

| | |
|---|---|
| United States of America, | * |
| | * |
| Appellee, | * |
| | * |
| v. | * |
| | * |
| Thomas J. Barnes, | * |
| | * |
| Appellant. | * |

_____

Submitted:  June 15, 1999

Filed: July 21, 1999

_____

Before BEAM and MORRIS SHEPPARD ARNOLD, Circuit Judges, and PANNER,[1] District Judge.

_____

PER CURIAM.

Kelly Preston and Thomas J. Barnes were both convicted following a jury trial on three counts of mail fraud, in violation of 18 U.S.C. § 1341 and 18 U.S.C. § 2. The district court[2] sentenced Preston to twenty-four months on each count, to be served concurrently and Barnes to thirty-three months on each count, to be served concurrently. On appeal, they challenge both their convictions and sentences on various grounds. Having carefully reviewed the parties' briefs and the extensive record, we find no error of fact or law that would require reversal. We therefore affirm without further discussion. See 8th Cir. R. 47B.

A true copy

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable Owen M. Panner, United States District Judge for the District of Oregon, sitting by designation.

[2]The Honorable Donald E. O'Brien, United States District Judge for the Northern District of Iowa, presiding.